COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Ryan Marine Services Inc. and Trionics, LLC

Appellate case number:   01-22-00713-CV

Trial court case number:  2022-00635

Trial court:             234th District Court

On October 7, 2022, relator filed an unopposed motion to transfer the clerk's record and reporter's record from 01–22–00650–CV into this original proceeding to serve as the mandamus record. We **grant** the motion to transfer. The Clerk of this Court is instructed to transfer the clerk's record and reporter's record from appellate cause number 01–22–00650–CV to 01–22–00713–CV.

It is so **ORDERED**.

Judge's signature: _____/s/ Julie Countiss_____
                  ⊠  Acting individually    ☐  Acting for the Court

Date:   ____October 18, 2022_____